# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                     Case No.:14−30261−jal
Mark A. Graff and Sherry
D. Graff

                              Debtor(s)

# NOTICE OF REQUIREMENTS FOR DISCHARGE

Notice is hereby given that a Chapter 13 debtor must submit the following in order to receive a discharge:

1) Local Form Q − Certification of Plan Complete and Request for Discharge − Local Rule 2083−1

2) Certification of Completion of Instructional Course Concerning Personal Financial Management − 11 USC 1328(g)(1)

The Court record reflects that one or both of these certifications have not been filed in this case and the deadline has lapsed.

Debtor and debtor's attorney are hereby notified that this certification must be filed on or before 4/18/19. **Failure to file this certification will result in the case being closed without a discharge.** If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the certification, the debtor must pay the full reopening fee due upon filing such a motion.

Dated: 4/4/19

                                                     FOR THE COURT
By: saw                                              Elizabeth H. Parks
Deputy Clerk                                         Clerk, U.S. Bankruptcy Court