## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

IN RE:  
Mark A. Graff and Sherry D. Graff

Case No.:14–30261–jal

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

Final Decree, discharging trustee, if applicable, and canceling bond. Case closed without discharge. Debtor has not filed a Certification of Plan Completion, Local Form Q, or a Financial Management Course Certificate proving compliance with the required instructional course requirement for discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion. (Weber, S)

Dated: 4/19/19

ENTERED BY ORDER OF THE COURT  
United States Bankruptcy Court  
Elizabeth H. Parks